UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Scott Joyner,

        Plaintiff,                                              **ORDER**
                                                            10-CV-03543(FB)(RER)
       against-


**City of New York, et al**

        Defendant.
------------------------------------------------------------X

    Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __10/22/10__.

2. No additional parties may be joined after __1/22/11__.

3. No amendment of the pleadings will be permitted after __1/22/11__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __11/23/10__.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before __4/24/11__.

    (b) rebuttal expert witnesses on or before __5/24/11__.

6. All discovery, including depositions of experts, shall be completed on or before __5/24/11__ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.

8. A Telephone Conference set for __1/6/11 @ 10:30 am__ to be initiated by Plaintiff or Defendant (Circle one).
   * (The Court will schedule the conference listed above.)

9. Status Conference will be held on __3/24/11 @ 10:00 am__
   * (The Court will schedule the conference listed above)

10. A Final Pre-trial conference will be held on ___6/1/11 @ 10:00a___
   *(The Court will schedule the conference listed above.)

11. This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York
   __11/23__, 2010

_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

_____
NAME  Robert Marinelli
Attorney for Plaintiff
ADDRESS
E-mail: RobMarinelli@gmail.com
Tel.: 212-822-1427
Fax: ∅

_____
NAME  Morgan Kunz
Attorney for Defendant
ADDRESS 100 Church St. 3-178
E-mail: MKunz@Law.NYC.gov
Tel.:
Fax: (212)788-0422